# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Clear Skies Nevada, LLC

                              Plaintiff,

v.                                                    Case No.: 1:15−cv−06713

                                                      Honorable Milton I. Shadur

Does 1−24

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2015:

     MINUTE entry before the Honorable Milton I. Shadur:Status hearing held. Motion hearing set for 8/28/2015 is stricken. Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [11] is granted as to defendants Does 7−9. Status hearing set for 11/24/2015 at 09:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.